IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02760-PAB-MJW

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

Plaintiff(s),

v.

REGIONAL TRANSPORTATION DISTRICT, a political subdivision of the State of
Colorado,

Defendant(s).

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Stipulated Motion for Protective Order
(docket no. 13) is GRANTED finding good cause shown. The written Stipulated
Protective Order (docket no. 13-1) is APPROVED as amended in paragraph 8 and
made an Order of Court.

Date: January 14, 2014